# United States Bankruptcy Court
# District of Colorado

In re Sumption, Jessica L.                    Case No 09-28896-HRT

                                              Chapter 7

<u>Jessica L. Sumption fka Jessica Reeder</u>
Plaintiff

<u>Exempla, Inc.</u>                           Adv. Proc. No._____
Defendant

**Complaint**

**1. Introduction**

1. This is an action for statutory damages brought by an individual consumer for Defendant's violation of the automatic stay pursuant to 11 U.S.C. 362, which prohibits creditors from attempting to collect debts after bankruptcy.

**II. Jurisdiction**

2. Jurisdiction is conferred on this court by 28 U.S.C. 1334 in that this proceeding arises in and is related to the above-captioned chapter 7 case under title 11. This matter is a core proceeding.

**III. Parties**

3. Plaintiff is a debtor under Title 11 in the above-captioned case.

4. Defendant Exempla, Inc is a Colorado corporation engaged in the business of medical services in this state with its principal place of business in Colorado. Defendant's trade name is "Exempla Lutheran Medical Center." Defendant's address is 2420 W. 26th Ave, Ste 100-D, Denver, CO 80211.

5. Defendant is labeled in Sch. F of Plaintiff's complaint as a creditor without security or priority.

6. Venue is appropriate in Colorado because Defendant has its principal place of business in Colorado.

### IV. Factual Allegations

7. On September 10, 2009, the debtor filed a voluntary chapter 7 petition in this court. Thus, an order for relief was entered in this case on September 10, 2009, pursuant to 11 U.S.C. 301, thus triggering an automatic stay, pursuant to 11 U.S.C. 362(a), of all debt collection against the debtor. Official Form B9A was mailed to Defendant on September 13, 2009, by Joseph Speetjens. The certificate of notice is already part of the record and is docketed as Doc #10.

8. On September 29, 2009, Defendant mailed a collection letter which is attached hereto as Plaintiff's "Exhibit A" and incorporated herein. The letter demanded payment of $3,421.67 upon receipt. Defendant's trade name registration is attached hereto as Plaintiff's "Exhibit B"

### V. First Claim for Relief

9. Plaintiff realleges and incorporates by reference the above paragraphs as if fully set out herein.

10. Defendant violated the automatic stay pursuant to 11 U.S.C. 362(a). Defendant's violations include but are not limited to:

   a. sending a bill to Plaintiff for payment even though Defendant had notice of Plaintiff's bankruptcy. This is an effort to collect a debt and prohibited by the automatic stay. Plaintiff had to make a special trip to her attorney's office to deliver the bill from Defendant. Further, Plaintiff experienced emotional distress because of Defendant's collection efforts.

11. As a result of this violation, the Defendant is liable to the Plaintiff for compensatory damages and punitive damages, plus attorney fees and costs pursuant to 11 U.S.C. 362(k).

### VI. Second Claim for Relief

12. Plaintiff realleges and incorporates by reference the above paragraphs as if fully set out herein.

13. Violation of the court order is also civil contempt regardless of whether the creditor acted willfully.

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant in the amount of:

   a. $300 in actual damages
   b. costs and reasonable attorney fees pursuant to 11 U.S.C. 362k; and
   c. for such other and further relief as may be just and proper.

Date: 10/20/2009

/s/ <u>Matthew R. Osborne</u> #40835
Matthew R. Osborne, PC
2050 S. Oneida St, Ste 216
Denver, CO 80224
(303)759-7018

Exempla Lutheran Medical Center
P.O. Box 372730
DENVER CO 80237-3267

September 29, 2009



PLAINTIFF'S EXHIBIT A
Blumberg No. 5113



JESSICA L SUMPTION
2185 GRAY ST
EDGEWATER CO 80214-1136

8795 - 308

| Patient Name | Account Number |
|---|---|
| JESSICA L SUMPTION | V052794864 |
| **Responsible Party** | **Date of Service** |
| JESSICA L SUMPTION | 07-28-2009 |
| | **Primary Insurance** |
| | SELF PAY INSURANCE |

For questions or information, please call:
1-866-424-4111

| SERVICE DATE | STATEMENT OF ACCOUNT | AMOUNT |
|---|---|---|
| 07-28-2009 | Hospital Name: Exempla Lutheran Medical Center | |
| | Patient: JESSICA L SUMPTION | |
| | Patient Type: Outpatient | |
| | Current Charges: | $3827.75 |
| | Total Adjustments: | $406.08 |
| | Total Payments: | $0.00 |
| | BALANCE DUE - Please Pay this amount: | $3421.67 |

Thank you for choosing our facility for your medical needs.

This bill represents hospital charges only. You may receive additional non-facility bills related to this visit such as physicians, specialists and other providers of medical services.

Thank you again for giving us the opportunity to serve you.

For Billing Inquiries: 1-866-424-4111, Monday through Friday 8:00 am to 4:30 pm MST.

**Para instruciones en espanol, vea el reverso**

**PLEASE RETURN BOTTOM PORTION WITH YOUR PAYMENT (ALLOW 7-10 DAYS FOR POSTAL DELIVERY)**

---

**Account Information**
JESSICA L SUMPTION
V052794864

Please write your account number on your check.
Make check payable to:
**Exempla Lutheran Medical Center**

**Please Pay This Amount**
3421.67

IF PAYING BY VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS, FILL OUT BELOW

☐ VISA  ☐ MASTERCARD  ☐ DISCOVER  ☐ AMER. EXP

CARD NUMBER
EXP. DATE    AMOUNT
SIGNATURE    MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD
NAME OF CARDHOLDER

**Send Payment to:**

Exempla Lutheran Medical Center
Dept. 9107
Denver CO 80281-9107



8795 - 21 - 308

| DIA DE SERVICIO | ESTADO DE CUENTA | CANTIDAD |
|---|---|---|
| 07-28-2009 | Nombre del Hospital: Exempla Lutheran Medical Center | |
| | Paciente: JESSICA L SUMPTION<br>Tipo de Servicio: Outpatient | |
| | Cargos Corrientes:<br>Ajuste Total: | $3827.75<br>$406.08 |
| | Pagos Totales: | $0.00 |
| | BALANCE - Por favor pague esta cantidad: | $3421.67 |
| | Gracias por usar nuestros servicious medicos.<br><br>Este balance representa los servicios del hospital solamente. Usted podria recibir cuentas adicionales de otros profesionales medicos que son relacionadas con esta visita.<br><br>Gracias de nuevo por darnos la oportunidad de servirle.<br><br>Si tiene preguntas al respecto, puede llamar al 1-866-424-4111 el lunes por el viernes 8:00am a 4:30pm tiempo de montana. | |




**For this Record...**
History & Documents
Show Entity
File a Document
Email Notification

**Business Home**
Business Information
Business Search

**FAQs, Glossary and Information**

## Summary

| | |
|---|---|
| ID Number: | 19981046161 |
| Trade Name: | EXEMPLA LUTHERAN MEDICAL CENTER |
| True Name of Registrant: | EXEMPLA, INC. |
| Primary Residence or Usual Place of Business Street Address: | Not Applicable |
| Primary Residence or Usual Place of Business Mailing Address: | Not Applicable |
| Status: | Effective |
| Form: | Nonprofit Corporation |
| Formation Date: | 03/10/1998 |
| Expiration Date: | Not Applicable |
| Renewal Month: | Not Applicable |

**PLAINTIFF'S EXHIBIT B** (Blumberg No. 5113)

You may:
- View History and Documents
- Show Entity
- File a Document
- Set Up Email Notification

[Previous Page]

Search | Accessibility | Privacy statement | Terms of use    1700 Broadway, Denver CO 80290 | 303-894-2200 | sos.business@sos.state.co.us